# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNESHIA MOLAND, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 1:25-cv-00380-JLT-SAB<br><br>ORDER GRANTING LEVI W. SWANK'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 9) |

Before the Court is the application of Levi W. Swank, attorney for Defendant Bank of America, N.A., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **June 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1