# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNESHIA MOLAND, *on behalf of herself and all others similarly situated*, | Case No. 1:25-cv-00380-JLT-SAB |
| Plaintiff, | ORDER GRANTING SABRINA M. ROSE-SMITH'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 9) |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Before the Court is the application of Sabrina M. Rose-Smith, attorney for Defendant Bank of America, N.A., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **June 6, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge