# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNESHIA MOLAND,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 1:25-cv-00380-JLT-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>(ECF No. 16) |

Plaintiff commenced this action on April 1, 2025. (ECF No. 1.) On June 13, 2025, Defendant filed a motion to dismiss. (ECF No. 13.) Plaintiff's opposition is due on June 27, 2025 (L.R. 230(c)) or, alternatively, an amended complaint is due on July 7, 2025 (Fed. R. Civ. P. 15(a)(1)(B); Fed. R. Civ. P. 6(a)(1)(C)). On June 27, 2025, the parties filed a stipulation for an extension of time to allow Plaintiff to file a first amended complaint pursuant to Rule 15(a). (ECF No. 16.)

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall file an amended complaint on or before **July 11, 2025**.

IT IS SO ORDERED.

Dated: **June 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge